FILED

2013 Aug-26  PM 04:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| WALLACE DEAN-MITCHELL, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | Case No. 1:09-cv-02253-VEH-HGD |
| | ) | |
| WARDEN CONSTANCE REESE, | ) | |
| | ) | |
| Respondent | ) | |

## MEMORANDUM OPINION

On August 13, 2013, the magistrate judge's supplemental report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge.  On August 23, 2013, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case and the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby **ADOPTS** the report of the magistrate judge.  The court further **ACCEPTS** the recommendations of the magistrate judge that the petition for writ of habeas corpus be denied as to Incident Report (IR) 1507668.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

**DONE** this 26th day of August, 2013.

**VIRGINIA EMERSON HOPKINS**
United States District Judge